UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS T. PINES,<br><br>        Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff-Respondent. | NO. CV19-512 RAJ<br><br>**ORDER EXTENDING STAY OF CONSIDERATION OF PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT A SENTENCE** |

THIS MATTER comes before the Court on the Government's Motion to Extend the Stay of Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence (Dkt. #10). Having considered the Motion, Petitioner's Response, and the Government's Supplemental Memorandum, the Court finds that the ends of justice would be best served by GRANTING the motion and staying further consideration of the Petitioner's § 2255 Motion until November 4, 2019, in order to see if the Government has sought en banc review of *United States v. McAdory*, ___ F.3d ___, 2019, U.S. App. LEXIS 25982 (8/28/19).

The Parties shall file a status report no later than November 4, 2019, at which time the Court will reassess whether an additional stay will be entered or not.

The final disposition hearing in *United States v. Nicholas Pines*, Cause No. CR17-187RAJ is continued from October 17, 2019, to **November 15, 2019, at 11:00 a.m.**, subject to being rescheduled after the Court receives the parties' status report.

DATED this 25th day of September, 2019.

_____
The Honorable Richard A. Jones
United States District Judge