1

2

3

4

5

6          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8   NICHOLAS T. PINES,                    )
                                          )   CASE NO. 19-CV-512 RAJ
9                                         )              17-CR-187 RAJ
        Defendant-Petitioner,             )
10                                        )   ORDER GRANTING 28 U.S.C. §
        v.                                )   2255 MOTION AND ORDER
11                                        )   VACATING JUDGMENT,
    UNITED STATES OF AMERICA,             )   WITHDRAWING GUILTY PLEA
12                                        )   AND DISMISSING INDICTMENT
        Plaintiff-Respondent.             )
13                                        )
                                          )
14  _____

15          BEFORE THE COURT is Nicholas Pines' Motion under 28 U.S.C. § 2255 to

16  Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody. Dkt. No. 1.

17  In 17-CR-187-RAJ, in a judgment imposed on April 6, 2018, Mr. Pines was

18  convicted of one count of felon in possession of a firearm under 18 U.S.C.

19  § 922(g)(1).  The alleged predicate conviction was a King County Superior Court

20  Juvenile Department disposition for one count of taking a motor vehicle without

21  permission under King County Sup. Ct. No. 00-8-01729-6.  Mr. Pines's petition

22  under § 2255 was based in part on claims of actual innocence and ineffective

23  assistance of counsel because the predicate conviction from Washington State was

24
25  not punishable by a term exceeding one year.

26

Upon the agreement of the parties, the Court stayed consideration of this matter pending the decision of the Ninth Circuit in *United States v. McAdory*, No. 18-30112. Dkt. Nos. 9, 13. On August 28, 2019, the Ninth Circuit issued its decision in *United States v. McAdory*, 935 F.3d 838 (9th Cir. 2019). Dkt. No. 15. On November 18, 2019, the Government filed a status report, stating that the Office of the Solicitor General of the United States elected not to seek further review in *McAdory*, and that based on the Ninth Circuit's opinion in *McAdory*, the Government would concede Mr. Pines' motion to vacate his conviction in 17-CR-187-RAJ. Dkt. No. 15.

Accordingly, **IT IS HEREBY ORDERED:**

1.      Mr. Pines' Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, Dkt. No. 1, is hereby **GRANTED**;

2.      The Judgment in a Criminal Case imposed on April 6, 2018, Dkt. No. 38 of 17-CR-187-RAJ, is hereby **VACATED**;

3.      The plea of guilty entered on January 16, 2018, in accordance with the plea agreement, Dkt. No. 24 of 17-CR-187-RAJ, is hereby **WITHDRAWN**;

4.      The indictment in 17-CR-187-RAJ. Dkt. No. 13, is **DISMISSED WITH PREJUDICE**; and

5.     The pending petitions for revocation of supervised release and any related sentencing matters for those petitions in 17-CR-187-RAJ are hereby **STRICKEN**.

DATED this 5th day of December, 2019.

_____
The Honorable Richard A. Jones
United States District Judge